# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WALLACH, EVAN J. | U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT | 12/20/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, NW
SUITE 814
WASHINGTON, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | WWH PARTNERSHIP (Investment partnership) |
| 2. | MEMBERSHIP | SPEEDWAY STONE ASSOCIATES, LLC (investment) |
| 3. | MEMBER | AMERICAN LAW INSTITUTE |
| 4. | MEMBER | BOARD OF VISITORS, UNITED STATES NAVAL ACADEMY |
| 5. | MEMBER | BOARD OF DIRECTORS, LIEBER SOCIETY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 12/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2016 | Amazon.com on Behalf of On-Demand Publishing (CreateSpace) | $32.16 |
| 2. 2016 | Amazon.com on Behalf of Kindle Direct Publishing | $2.74 |
| 3. 2016 | George Washington University Law School-Teaching Income | $8,105.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALLACH, EVAN J.** | 12/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WALLACH, EVAN J. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK CASH | A | Interest | J | T | | | | | |
| 2. CITIBANK CASH | A | Interest | K | T | | | | | |
| 3. SIRVA MORTGAGE HOUSEHOLD ESCROW (Y) ACCOUNT | | | | | | | | | |
| 4. IRA #1: FIDELITY | E | Dividend | N | T | | | | | |
| 5. -FIDELITY CONTRAFUND (IRA#1) | A | Dividend | M | T | | | | | |
| 6. -FIDELITY MAGELLAN (IRA#1) | A | Distribution | M | T | | | | | |
| 7. -FIDELITY PURITAN (IRA#1) | A | Dividend | M | T | | | | | |
| 8. TIAA-TRADITIONAL | A | Interest | K | T | | | | | |
| 9. TIAA-CREF STOCK | A | Interest | M | T | | | | | |
| 10. TIAA-CREF GROWTH STOCK | A | Interest | J | T | | | | | |
| 11. TIAA-CREF GLOBAL EQUITIES | A | Interest | K | T | | | | | |
| 12. TIAA-CREF SOCIAL CHOICE | B | Interest | L | T | | | | | |
| 13. IRA #2: WELLS FARGO ADVISORS | E | Dividend | N | T | | | | | |
| 14. -FIDELITY ADVISOR SER 1 EQUITY GROWTH (IRA #2) | | None | M | T | | | | | |
| 15. -FIDELITY ADVISOR EQUITY PORT INCOME (IRA #2) | A | Dividend | L | T | | | | | |
| 16. -GROWTH FUND OF AMERICA (IRA #2) | | None | L | T | | | | | |
| 17. -COLUMBIA FDS SELIGMAN COM. & INFORMATION FUND (IRA #2) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GENERAL ELECTRIC CO (IRA #2) | C | Dividend | | | Sold | 03/31/16 | L | F | |
| 19. -MVC CAPITAL (IRA #2) | B | Dividend | | | Sold | 04/14/16 | K | A | |
| 20. -WELLS FARGO CASH (IRA #2) | A | Interest | L | T | | | | | |
| 21. -WELLS FARGO-FIRST CLEARING LLC (IRA #2) | E | Distribution | | | Distributed | 10/24/16 | K | | |
| 22. 1 PARCEL REAL PROPERTY TUCSON, AZ (1/3) INTEREST | | None | K | W | | | | | |
| 23. 1 PARCEL REAL PROPERTY TUCSON, AZ (1/3) INTEREST | | None | M | W | | | | | |
| 24. CD Wex Bank, Midvale UT | | None | L | T | Buy | 07/20/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 12/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed in Part VII, item numbers 14, 16-17, and 22-24 did not accrue any income in the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| WALLACH, EVAN J. | 12/20/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EVAN J. WALLACH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544